**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: J.M.R., A MINOR    :    No. 277 MAL 2016

                                      :

                                      :    Petition for Allowance of Appeal from

PETITION OF: J.M.R., A MINOR        :    the Order of the Superior Court

                                      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Mundy did not participate in the consideration or decision of this matter.